```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16026
   DEBRA JEAN SHEEHY-GRIGG
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
      Debtor
   SSN XXX-XX-5913
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/05/06 and confirmed on 06/15/07.

2. The plan is paid in full.

3. The Debtor paid a total of $ 11260.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | .00 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATION PARTNERS | UNSECURED | NOT FILED | .00 | .00 |
| OAKBROOK BANK | UNSECURED | NOT FILED | .00 | .00 |
| BETTER HOMES & GARDENS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 9301.09 | .00 | 4621.47 |
| CAPITAL ONE BANK | UNSECURED | 1106.28 | .00 | 549.68 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 556.56 | .00 | 276.54 |
| CCP | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL PHYSICIANS | UNSECURED | NOT FILED | .00 | .00 |
| GREGORY POTEMPA DDS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE INTERNAL MEDICINE | UNSECURED | NOT FILED | .00 | .00 |
| MERDITH BILLING CENTER | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS CLINICAL SERVICE | UNSECURED | 1726.67 | .00 | 857.94 |
| HARRIS TRUST & SAVINGS B | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1760.32 | .00 | 874.66 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| LABORATORY & PATHOLOGY D | UNSECURED | NOT FILED | .00 | .00 |
| LINDEN OAKS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL SPECIALISTS LTD | UNSECURED | NOT FILED | .00 | .00 |
| LIFE BOOKS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 136.05 | .00 | 67.60 |

```
PROVIDIAN NATIONAL BANK   UNSECURED      NOT FILED           .00          .00
PUBLISHERS CLEARING HOUS  UNSECURED      NOT FILED           .00          .00
SEEMA GUPTA MD            UNSECURED      NOT FILED           .00          .00
SODEXHO HEALTH CARE SERV  UNSECURED      NOT FILED           .00          .00
WHITEHALL                 UNSECURED      NOT FILED           .00          .00
CHASE HOME FINANCE        MORTGAGE ARRE        .00           .00          .00
BAKER HILL CONDO ASSOC    SECURED          1649.00           .00      1649.00
TOYOTA MOTOR CREDIT CORP  SECURED VEHIC     671.00           .00       671.00
CAPITAL ONE BANK          UNSECURED            .00           .00          .00
AFNI/VERIZON              UNSECURED         104.77           .00        52.06
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  2320.00          .00     14691.74          .00     17011.74
PRINCIPAL PAID      2320.00          .00      7299.95          .00      9619.95
INTEREST PAID           .00          .00           .00          .00          .00
TOTAL PAID          2320.00          .00      7299.95          .00      9619.95
```

The Debtor's attorney, JANET L WATSON                  , was allowed $   2000.00
and was paid $   1000.00   direct and $   1000.00   through the plan.

The Trustee received $    468.05 .

Refunds to the Debtor totaled $    172.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/10/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 16026 DEBRA JEAN SHEEHY-GRIGG